UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS FIGUEROA HERNANDEZ,

Petitioner,

v.

CALIFORNIA CITY CORRECTIONAL CENTER,

Respondent.

Case No. 1:26-CV-03326-JLT-FJS

ORDER TO FILE A STATUS REPORT OF PETITIONER'S PENDING CRIMINAL CHARGE

SEVEN (7) DAY DEADLINE

On April 30, 2026, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) On May 8, 2026, Respondent filed their response to the petition arguing that Petitioner is subject to mandatory detention pursuant to the Laken Riley Act. (ECF No. 7 at 1.) Respondent notes that Petitioner has a pending charge for "Grand Theft Property – Larceny (Value of Less than $20,000)[.]" (*Id.* at 2.) On or before October 9, 2026, Respondent is DIRECTED to provide the court with a status update confirming the status of the pending criminal charge against Petitioner.

IT IS SO ORDERED.

Dated: **October 5, 2026**

UNITED STATES MAGISTRATE JUDGE